UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA,<br><br>    Plaintiff,<br><br>    v.<br><br>UDAY KRISHNA DESHRAJ,<br><br>    Defendant. | Case No.16-cv-05482-JSC<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

The Court held a Further Case Management Conference on July 27, 2017. This Order confirms the matters discussed.

1. Plaintiff stated her intent to represent herself and appear pro se in this action. The Clerk shall amend the docket to reflect that Plaintiff is appearing pro se and include the following contact information: 360 Portico Aisle, Irvine, CA 92606, tel. 669.342.8043, email: arunasree.finaljusticenow@gmail.com.

2. Any substantive communications with the Court must be filed on the docket. Plaintiff can find information regarding registering to be an e-filer on the Northern District of California's website at http://cand.uscourts.gov/ECF/proseregistration. The parties may email the Courtroom Deputy regarding non-substantive scheduling matters only if they copy the other side on the email. Because Plaintiff has stated her intent to proceed pro se, defense counsel may now contact her directly.

3. Both parties indicated that there are outstanding discovery issues. Defendant will email Plaintiff a copy of all outstanding written discovery requests by July 28, 2017. Plaintiff shall serve her response to these written discovery requests by August 11, 2017. To the extent that Plaintiff has objections to Defendant's previously provided discovery responses, she will email

him a list of her issues which specifically identifies the discovery response(s) and why Plaintiff believes the discovery response(s) are inadequate. Defendant will respond to Plaintiff by August 4, 2017. To the extent that Defendant has objections to the discovery responses provided by Plaintiff, Defendant shall repeat this process, sending Plaintiff a letter which specifically lists Defendant's issues and Plaintiff shall respond in writing. Defendant shall file on the docket all of the parties' communications and the discovery requests and responses by no later than August 15, 2017. The Court will hold a further Case Management Conference on August 17, 2017 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. The parties may contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

4. Plaintiff is again encouraged to seek free legal assistance with her discovery responses by contacting the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782-8982.

**IT IS SO ORDERED.**

Dated:  July 28, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge