UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA, | Case No.16-cv-05482-JSC |
| Plaintiff, | |
| v. | **ORDER RE: DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW** |
| UDAY KRISHNA DESHRAJ, | Re: Dkt. No. 55 |
| Defendant. | |

Now pending before the Court is Defendant's counsel's motion to withdraw as counsel and substitution of Defendnat Uday Krishna Deshraj in pro per persona.  (Dkt. No. 55.)  Defendant consents to the motion, and in fact, has submitted a declaration indicating that he desires to proceed pro se in this action.  (Dkt. No. 55-2 at ¶ 2.) Under the Court's Civil Local Rules, "[c]ounsel may not withdraw from an action until relieved by order of the Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Civ. L.R. 11-5(a); *Dist. Council No. 16 No. Cal. Health & Welfare Trust Fund v. Lambard Enters., Inc.*, No. C 09-05189 SBA, 2010 WL 3339446, at *1 (N.D. Cal. Aug. 24, 2010) (citations omitted). The Local Rule further provides that "[w]hen withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel or agreement of the party to proceed pro se, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel or pro se." Civ. L.R. 11-5(b). Given Defendant's express desire to represent himself in these proceedings and have his counsel withdraw, the Court concludes that there is good cause to grant Defendant's counsel's motion to

United States District Court
Northern District of California

withdraw.

Accordingly, Defendant's counsel's motion to withdraw is GRANTED.  The Clerk shall amend the docket to reflect that Defendant is proceeding pro se and update the docket to reflect the following address for Defendant:  Uday Krishna Deshraj, 432 NE 57th Avenue, Hillsboro, Oregon 97124, tel. 503.548.8329, email: ukdeshraj@gmail.com.


**IT IS SO ORDERED.**

Dated:  August 29, 2017


JACQUELINE SCOTT CORLEY
United States Magistrate Judge