UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA,<br><br>    Plaintiff,<br><br>v.<br><br>UDAY KRISHNA DESHRAJ,<br><br>    Defendant. | Case No.16-cv-05482-JSC<br><br>**ORDER RE: DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 60 |

The Court is in receipt of Defendant's motion to dismiss and for summary judgment. (Dkt. No. 60.) Because the parties previously agreed to participate in a settlement conference with Magistrate Judge James prior to dispositive motions, the Court VACATES the motion. If necessary, the Court will set an amended briefing schedule and hearing date following the parties' October 25, 2017 settlement conference.

**IT IS SO ORDERED.**

Dated: September 13, 2017

                                                                    _____
                                                                    JACQUELINE SCOTT CORLEY
                                                                    United States Magistrate Judge