1  UDAY DESHRAJ
   432 NE 57th Ave
2  Hillsboro, OR 97124
   Telephone (503)548-8329
3  ukdeshraj@gmail.com
   Pro Se
4

5

6              UNITED STATES DISTRICT COURT

7              NORTHER DISTRICT OF CALIFORNIA

8              SAN FRANCISCO DIVISION

9  ARUNASREE SWAPNA, an individual,        )   Case No.: 3:16-CV-05482-JSC
                                           )
10             Plaintiff,                   )   **DEFENDANTS' STATEMENT OF**
                                           )   **EXPENSES RELATED TO THE**
11     vs.                                  )   **SANCTIONABLE CONDUCT OF THE**
                                           )   **PLAINTIFF**
12  UDAY KRISHNA DESHRAJ, an individual,    )
                                           )
13             Defendants.                  )
                                           )
14  _____)

15

16  **DEFENDANTS' STATEMENT OF EXPENSES RELATED TO THE SANCTIONABLE
    CONDUCT OF THE PLAINTIFF**

17

18       Pursuant to the Court's Orders dated February 7th, 2018 defendant submits this Statement

19  of Expenses. The defendant respectfully requests that the court enter an award of $173.27

20  reflecting expenses incurred as a result of plaintiffs sanctionable conduct. The breakdown of the

    expenses and the receipts are attached below.
21

22
         Breakdown
23
         1.   Airfare – 131.60
24
         2.   BART fare – 21
25
         3.   PDX Parking – 10
26
         4.   Lunch – 10.67
27

28
    I am attaching the receipts below

                                        1

# READY. SET. FLY.

Here's your flight itinerary. Please retain this
confirmation code to reference your booking. We
look forward to seeing you onboard.

Your Confirmation Code: LWRKWD

MANAGE RESERVATION

FLYING WITH US | CHANGE FLIGHT | CANCEL FLIGHT | FLIGHT STATUS

## WHERE YOU'RE GOING

**Portland OR (PDX) to San Francisco CA (SFO)**

| | |
|---|---|
| Date: | 06Feb2018 |
| Flight: | VX1805 |
| Depart: | 06:30AM |
| Arrive: | 08:17AM |
| Stops: | 0 |

**San Francisco CA (SFO) to Portland OR (PDX)**

| | |
|---|---|
| Date: | 06Feb2018 |
| Flight: | VX1387 |
| Depart: | 06:25PM |
| Arrive: | 08:05PM |
| Stops: | 0 |

## WHO'S GOING

**Traveler 1: UDAY DESHRAJ**

| | |
|---|---|
| Frequent Flyer: | Add Elevate Number |
| Seats: | 22F 20F |

/mail/u/0/?ui=2&ik=104e2bb829&jsver=RqHDBzBcPso.en.&view=pt&msg=160d6f3d1861483e&q=virgin%20america&qs=true&...

Gmail - Virgin America Reservation LWRKWD

## WHAT IT COSTS

**Total for 1 traveler(s) in US Dollars**

| | |
|---|---|
| **Base Fare (x1):** | $72.56 |
| Federal Tax: | $5.44 |
| **Domestic Taxes and Fees:** | |
| Passenger Facility Tax | $9.00 |
| Security Fee | $11.20 |
| Segment Fee | $8.40 |
| U.S. Customs User Fee | $0.00 |
| Travel Insurance Fee | $0.00 |
| **Fare** | **$106.60** |
| Total Extras: | $25.00 |
| **TOTAL** | **$131.60** |

2

Receipt
Port of Portland
7120 NE Airport Way
Portland 97218, OR

Economy — Econ Exit 219
Audit#: 7102011138037184170

in: 02/06/18 05:06:00
out: 02/06/18 20:40

Amount to Pay:          $10.00

Visa
1/7= 526= >24= 6670

## Dear Uday Deshraj,

Thank you for your reservation.

Your reservation number is: **AON2829558**

---

**CLICK HERE to Print your Tickets (this email is NOT your tickets).**

Check out this map showing the nearest BART station to your hotel.
If your flight is late or for any other assistance with your reservation please contact the aRes Customer Service Team at (888) 340-8629 or support@areshotelsandtickets.com.

### Ticket Information

**BART (Bay Area Rapid Transit)**
BART SFO Voucher 2018*

TICKETS
BART SFO Voucher: 1

### Payment Information

BILLING INFO
**Uday Deshraj**
432 NE 57th Ave
Hillsboro, OR 97124
ukdeshraj@gmail.com
(503) 548-8329

PAYMENT INFO
**Card Type:** MC
**Card Number:** xxxx xxxx xxxx 6268
**Expires:** 2020-02

ORDER DETAILS
Order #:  AON2829558

| | |
|---|---|
| **Ticket Total:** | $21.00 |
| **Grand Total:** | $21.00 |
| **Total Charged Today:** | $21.00 |

3

| | | | |
|---|---|---|---|
| ☑ 02/08/2018 | SUBWAY 00413088 SAN FRANCISCOCA | 🛒 | $6.00 |

Transaction date: 02/06/2018
Card type: Visa
Transaction type: Purchases
Merchant description: EXPRESS PAYMENT SERVICE MERCHANTS--FAST FOOD
Merchant information: SAN FRANCISCO, CA
Offer ID: KS2264788
Reference number: 2216
Merchant Name: SUBWAY  Edit
Transaction Category: ❓ Restaurants & Dining: Restaurants/Dining  Edit

Dispute this transaction

| | | | |
|---|---|---|---|
| ☑ 02/07/2018 | SQ *PHILZ COFFEE SAN FRANCISCOCA | 🛒 | $4.67 |

Transaction date: 02/06/2018
Card type: Visa
Transaction type: Purchases
Merchant description: EATING PLACES, RESTAURANTS
Merchant information: SAN FRANCISCO, CA
Offer ID: KS2264788
Reference number: 0012
Merchant Name: PHILZ COFFEE  Edit
Transaction Category: ❓ Restaurants & Dining: Restaurants/Dining  Edit

Respectfully submitted,


Date:  02/12/2018                    Sign Name: _____

                                     Print Name: Uday Deshraj