**Salar Atrizadeh, Esq. (SBN: 255659)**
LAW OFFICES OF SALAR ATRIZADEH
9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90212
Telephone: 310-694-3034
Facsimile:  310-694-3057
Email: salar@atrizadeh.com

Attorney for Plaintiff
ARUNASREE SWAPNA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UDAY KRISHNA DESHRAJ, an individual,<br><br>Defendant. | Case No.: 3:16-cv-05482-JSC<br><br>**DECLARATION OF ARUNASREE SWAPNA** |

## DECLARATION OF ARUNASREE SWAPNA

I, ARUNASREE SWAPNA, declare and aver as follows:

1. I am the plaintiff in this legal action. I am over the age of 18 and the following facts and circumstances are personally known to me, and if called, I would competently testify thereto.

2. I am familiar with and have personal knowledge of all exhibits that are included within this declaration since I personally submitted them. I hereby authenticate the exhibits that are attached hereto and incorporated by reference herein.

3. I make this declaration as part of my response to the Order to Show Cause that was issued on February 7, 2018. See Dkt. No. 66.

4. On or about December 7, 2017, I was forced to undergo a relatively complicated coccyx surgery, which has left me immobilized at this time.

5. I am unable to move and was unable to attend the recent settlement conference.

6. I have obtained a medical letter from my physician that describes my current health condition and requests to be excused from court appearances for the next three months. Attached hereto as Exhibit "A" is a true and correct copy of the letter.

7. I have also gathered my medical records, which refer to the recent coccyx surgery, which has rendered me immobilized at this time. This is why I was unable to attend the most recent settlement conference. Attached hereto as Exhibit "B" are true and correct copies of my medical records.

8. I should not be sanctioned for failure to appear at the mandatory settlement conference due to my current health condition. I was under the impression that, if I retain legal counsel to be present at the mandatory settlement conference on my behalf, the settlement conference would proceed without my presence.

9. I did not intend to cause a delay in the prosecution of this legal action and have done my best to gather and organize the supporting evidence. I sincerely apologize for any delay that my absence may have caused in this legal action.

10. I have obtained and enclosed several declarations, as my supporting evidence, in order to show this case should not be dismissed for failure to prosecute. These declarations were submitted by witnesses who are willing to testify on my behalf in order to prove that defendant is legally liable for his violations.

11. I am inclined to settle this case before trial and would appreciate the court's patience for my current health condition.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2018, in Los Angeles, California.

_____
ARUNASREE SWAPNA

**DECLARATION OF ARUNASREE SWAPNA**