# EXHIBIT "A"


**KAISER PERMANENTE**

2/7/2018                                    MR#000022555728

Re: Arunasree Swapna
360 Portico Aisle
Irvine CA 92606-8349

To Whom It May Concern:

Ms. Swapna is currently under my medical care.

She's unable to leave her home at this time due to her medical conditions. Please allow her to be excused from court appearances for the next 3 months.

Sincerely,

PATRICIA SEONGJU HONG MD
4201 W Chapman Ave
Orange CA 92868-1505
888-988-2800