# EXHIBIT "B"

Kaiser Permanente

# KAISER PERMANENTE. thrive

**This form contains your diagnosis.**

FRIBOURG, DAVID MICHAEL (M.D.)
1505 N Edgemont Ave
Los Angeles CA 90027-5209
323-783-4011

**Patient Name:** Swapna,Arunasree
**Encounter Date:** 1/16/2018

Please see below for this health care provider's directives and information relating to this encounter.

## Work Status Report

**Date onset of condition:** 12/7/2017
**Next Appointment Date:**

**DIAGNOSIS:** COCCYX PAIN
**Reason for Off Work:** Post Surgery

**Off Work**
This patient is placed off work from 12/7/2017 through 3/31/2018

This form has been electronically signed and authorized by FRIBOURG, DAVID MICHAEL (M.D.)

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

Printed By: KIM, LISA on 1/17/2018 at 8:56:00 AM

**KAISER PERMANENTE**

CHAPMAN MEDICAL OFFICES U
4201 W CHAPMAN AVE
ORANGE CA 92868-1505
SCAL HIM ROI ALMR

Swapna, Arunasree
MRN: 000022555728
DOB: ███████, Sex: F
Encounter date: 2/7/2018

## Progress Notes (continued)

**Hong, Patricia Seongju (M.D.), M.D. at 2/7/2018 10:*7 AM (continued)**

Reason: patient states she is not able to walk since her coccyx surgery, inpatient evaluation by neurologist did not show any neurologic compromise. patient's CT spine and CT lumbar spine was normal. Please evaluate, thanks. Previously seen Dr. Cohen

Pt is on a gurney and accompanied her mother.

Arunasree Swapna is a 37 year old female who presents post coccyx excision on 12/07/17 for chronic coccyx pain due to hypermobile and deformed distal coccyx.
As per pt, she had had anal traumas in 2006/2007 inflicted by her husband while they were married which resulted in chronic coccyx pain. Has had flare ups in 2012, 2015 and persistent pain following a MVA in 12/2016.

She reportedly was recovering until 12/27/17 when she developed increased LBP. Since then, she reports she's been getting progressively worse and hasn't been able to feel and move both legs.
Pt also reports weakness and numbness in both arms.
She reports she's been able to take two steps with help of her mom and she's able to type e-mails to her doctors.

Pt was seen in ED for c/o total paraplegia on 1/18/18:
MRI of C-T spine without abnormalities

## Nursing Notes

**Rodriguez, Vanessa (M.A.), M.A. at 2/7/2018 9:36 AM**
Status: Signed

Back Office Intake Note

Proactive Care Actions
Proactive Office Encounter Actions: ---LABS, IMMUNIZATIONS, PROCEDURES, MEDICATIONS, OTHER---
Flu immunization declined

Medication changes: reviewed.

Allergies: reviewed, no changes.

VANESSA RODRIGUEZ MA
2/7/2018 9:36 AM

Encounter Messages
No messages in this encounter

# KAISER PERMANENTE

CHAPMAN MEDICAL OFFICES U
4201 W CHAPMAN AVE
ORANGE CA 92868-1505
SCAL HIM ROI ALMR

Swapna, Arunasree
MRN: 000022555728
DOB: ▓▓▓▓▓▓, Sex: F
Encounter date: 2/7/2018

## Encounter Messages (continued)

## Diagnoses

| | Codes | Comments |
|---|---|---|
| COCCYX PAIN | M53.3 | |
| POSTTRAUMATIC STRESS DISORDER | F43.10 | |

## Imaging - All Orders and Results

### MRI LUMBAR SPINE NO CONTRAST [569993808]

Electronically signed by: Hong, Patricia Seongju (M.D.), M.D. on 02/07/18 1019   **Status: Discontinued**
Ordering user: Hong, Patricia Seongju (M.D.), M.D. 02/07/18 1019   Authorized by: Hong, Patricia Seongju (M.D.), M.D.
Ordering mode: Standard
Frequency: Routine 02/07/18 -
Discontinued by: Hong, Patricia Seongju (M.D.), M.D. 02/09/18 1014 [Duplicate]

Diagnoses
COCCYX PAIN

Questionnaire

| Question | Answer |
|---|---|
| DOES PT HAVE? | NONE |
| Is the Patient Pregnant? | No |
| Has the patient ever had an allergic reaction to GADOLINIUM associated with an MRI? | No |
| Has the patient received an IRON INFUSION through a vein [e.g., ferumoxytol (FERAHEME) during dialysis] within the past 3 months? | No |
| Has the patient worked as a METAL WORKER or WELDER? | No |
| Is the patient CLAUSTROPHOBIC (fear of enclosed places)? | No |
| Is the patient wearing a TRANSDERMAL PATCH? | No |

Order comments: Pt reports total paralysis of legs since coccyx surgery

## Final Spectacle Rx

Click to see and print Final Spectacle Rx

## Final CL Rx

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

## Medications the Patient Reported Taking

HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab (Taking)
Gabapentin (NEURONTIN) 100 mg Oral Cap (Taking)
Acetaminophen (TYLENOL) 500 mg Oral Tab (Taking)

## Most Recent Medication Comments

tylenol, 500 mg acetaminophen, 2 tab once/day
stool softener, docusate sodium, 100 mg, 1-2 tab daily
naproxen, 500 mg, 1 tab 2 times/day

## Medications Discontinued During This Encounter

HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab

Reason for Discontinue
Continue Therapy

## Prescriptions Ordered This Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab | 60 | 0/0 | 2/7/2018 | 8/6/2018 |

Sig: Take 1 tablet orally every 8 to 12 hours for moderate to severe pain as needed
Class: Fill Now
Route: Oral

## Social Documentation as of 2/7/2018

**KAISER PERMANENTE**

ALTON/SAND CANYON MOB 2 U
6650 ALTON PARKWAY
IRVINE CA 92618-3734
SCAL HIM ROI ALMR

Swapna, Arunasree
MRN: 000022555728
DOB: ▓▓▓▓▓▓▓, Sex: F
Encounter date: 2/8/2018

Progress Notes (continued)

Lueck, Kristin L (M.D.), M.D. at 2/8/2018 8:53 AM
Author Type: Physician          Status: Sign at close encounter

NEUROLOGY SECOND OPINION CONSULTATION
DATE OF CONSULTATION: 2/8/2018

**Chief Complaint**
Patient presents with
- CONSULTATION
- REFERRAL

HPI: Arunasree Swapna is a 37 year old female who presents with

Is able to function some days, able to type emails to me, sometimes her hands are paralyzed, feel numb.

\*\*\*

Is able to walk on soft surfaces but not hard surfaces.
"shooting pain throughout her entire body"

Pain throughout her pelvic region

Pain (and other symptoms?) worsen as she "relives" the truama as she details the events of the past for a lawsuit against her ex-husbvand.
\*\*\*

Upper extremities waxa and wane in numbness and ability to use them.

Mother assists her to bathroom and holds her over the toilet.

Says the last day she walked was 12/21/17 \*\*\*

Seen by PM&R yesterday
Repeat MRI Lspine ordere
MRI Sacrum & coccx ordered
Psych Referral placed, but declined by patient " \*\*\*

Stressors: Hx sexual abuse by ex-husband (details ob-gyn 9/28/.17). Lawsuit against ex husband illegally posting photographs of her online.. Dx acute stress disorded ER visit for palpitations8/13/17.

**Per Dr Zohrefvand's consultation in ED on 1/18/18:** "Arunasree Swapna is a 37 year old female who had coccyx excision on 12/7/18 due to pain who presented with severe lower back pain and progressive weakness and numbness since a week after the surgery.she states the pain started few days after the surgery in th lower back, initially it was a sharp, stabbing pain while she tried to walk.she states Dec 21 was the last time she walked. She is in sever pain and she cannot lay on her back. She is not able to walk or move her arms. She Has no sensation in her legs and arms.she is not able to feed herself. She has been laid down on her stomach since surgery. She denies amy incontinence.
NEUROLOGICAL EXAM:

MENTAL STATUS: Alert and oriented to person, place and time

| | | |
|---|---|---|
| **KAISER PERMANENTE** | ALTON/SAND CANYON MOB 2 U<br>6650 ALTON PARKWAY<br>IRVINE CA 92618-3734<br>SCAL HIM ROI ALMR | Swapna, Arunasree<br>MRN: 000022555728<br>DOB: ███████, Sex: F<br>Encounter date: 2/8/2018 |

Progress Notes (continued)

<u>Lueck, Kristin L (M.D.), M.D. at 2/8/2018 8:53 AM (continued)</u>
SPEECH: Fluent without dysarthria

CRANIAL NERVES II-XII: Pupils are round, equal and reactive to light. Extraocular movements are intact. Visual fields are full. Face symmetrical. Facial sensation to light touch intact. Hearing intact. Sternocleidomastoid and trapezius are of equal strength. Tongue midline.
MOTOR EXAM: Normal bulk and tone. She does not mover her ext on request but when she is distracted she does have good tone in her arms and legs and she moves her arms and keep the posture.
SENSORY EXAM: she denies feeling pin prick in arms and legs up to mid chest
REFLEXES: symmetric in bilateral upper and lower extremities, 2+, babinski is absent
GAIT: not able to walk
Tenderness in lower back

Arunasree Swapna is a 37 year old female who had coccyx excision on 12/7/18 due to pain who presented with severe lower back pain and progressive weakness and numbness since a week after the surgery.
On exam she does have good reflexes, she denies any sensation below the mid chest. She is not able to move exts on request but has good tone, when she is distracted she keeps the position in her arms and legs and she moves her arms.
My suspicion for organic causes like GBS, cord compression is low. However, I recommend to get MRI of whole spine w/wo to rule them out.

Patient Active Problem List:
  LEFT ULNAR NEUROPATHY
  CHRONIC LOW BACK PAIN
  PAIN DISORDER W PSYCHOLOGICAL FACTORS
  POSTTRAUMATIC STRESS DISORDER
  COCCYX PAIN
  BACK PAIN

Outpatient Prescriptions Marked as Taking for the 2/8/18 encounter (Office Visit) with Lueck, Kristin L (M.D.), M.D.

| Medication | Sig |
|---|---|
| HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab | Take 1 tablet orally every 8 to 12 hours for moderate to severe pain as needed |
| Famotidine (PEPCID) 40 mg Oral Tab | Take 1 tablet by mouth daily |
| Gabapentin (NEURONTIN) 100 mg Oral Cap | Take 1 tablet by mouth 3 times a day |
| SENNA CONCENTRATE 8.6 mg Oral Tab | Take 2 tablets by mouth daily at bedtime |

**Allergies**

| Allergen | Reactions |
|---|---|
| Bcg Vaccine<br>  *Lump in the armpit per patient.* | Other |
| Flonase [Fluticasone Propionate (Nasal)]<br>  *"Addiction" per patient.* | Other |
| Pcn Class [Penicillins Class] | Skin Rash and/or Hives |
| Steroidal Neuromuscular Blockers [Vecuronium And Steroidal Neuromuscular Blockers] | |

| KAISER PERMANENTE | ALTON/SAND CANYON MOB 2 U<br>6650 ALTON PARKWAY<br>IRVINE CA 92618-3734<br>SCAL HIM ROI ALMR | Swapna, Arunasree<br>MRN: 000022555728<br>DOB: ▓▓▓▓, Sex: F<br>Encounter date: 2/8/2018 |
|---|---|---|

Progress Notes (continued)

Lueck, Kristin L (M.D.), M.D. at 2/8/2018 8:53 AM (continued)
II/EYES: PERRL
III,IV,VI: Extrocular movements intact.
V: Facial sensation intact.
VII: Facial movement symmetric.
VIII: Hearing intact to conversation.
IX,X: Palate elevates symmetrically.
XI: Shoulder shrug intact.
XII Tongue is midline.
MOTOR: normal tone. Does not move any limbs at all, though occasionally when someone else moves them there will be a slight latency to falling with gravity.***
COORDINATION: unable to test
REFLEXES: **
SENSATION: cannot feel pinprick, vibration, or cold throughout entire body including all arms, trunk and face. At a few places she feels like it is "like a gentle breeze" She can feel the pressure from movement of her clothes.
GAIT: unable to test

```
WBC'S AUTO    12.3   01/18/2018
HGB           11.6   01/18/2018
HCT AUTO      35.7   01/18/2018
PLT'S AUTO    385    01/18/2018
 K            4.2    01/18/2018
NA            138    01/18/2018
CL            106    01/18/2018
CO2           23     01/18/2018
CREAT         0.66   01/18/2018
```

CT ABD/PELVIS W/WO CONTRAST 1/11/18:
At the tip of the coccyx on the axial image a small fluid collection is noted measuring approximately a centimeter. Underlying rectum and anus appears unremarkable.

MRI C/T/L SPINE W/WO CONTRAST 1/18/18:
Alignment is normal.
Bone marrow is normal in signal without evidence of fracture or marrow replacing lesion.
Spinal cord and visualized posterior fossa are normal in signal.
Some thyroid enlargement is noted and underlying thyroid nodules are not excluded. Ultrasound may be considered.
C2-3: Unremarkable.
C3-4: Unremarkable.
C4-5: Unremarkable.
C5-6: Unremarkable.
C6-7: Unremarkable.
C7-T1: Unremarkable.
T1-2: Unremarkable.
T2-3: Unremarkable.
T3-4: Unremarkable.

**KAISER PERMANENTE**

ALTON/SAND CANYON MOB 2 U
6650 ALTON PARKWAY
IRVINE CA 92618-3734
SCAL HIM ROI ALMR

Swapna, Arunasree
MRN: 000022555728
DOB: ███████, Sex: F
Encounter date: 2/8/2018

Progress Notes (continued)

Lueck, Kristin L (M.D.), M.D. at 2/8/2018 8:53 AM (continued)
T4-5: Unremarkable.
T5-6: Unremarkable.
T6-7: Unremarkable.
T7-8: Unremarkable.
T8-9: Unremarkable.
T9-10: Unremarkable.
T10-11: Unremarkable.
T11-12: Unremarkable.
T12-L1: Unremarkable.
L1-2: Normal hydration of the intervertebral disc. Small posterior disc/osteophyte seen without significant neuroforaminal or spinal canal stenosis.
L2-3: Unremarkable.
L3-4: Unremarkable.
L4-5: Desiccation of the intervertebral disc without significant loss of height. There is mild broad-based disc bulge causing mild bilateral neuroforaminal stenosis. Spinal canal appears adequately patent. There is mild facet arthropathy.
L5-S1: Unremarkable.
Coccygeal region was not imaged.
Postcontrast imaging shows no abnormal enhancement or enhancing lesions.
IMPRESSION:
Some thyroid enlargement and underlying thyroid nodules are not excluded. Ultrasound may be considered to further evaluate.
Degenerative changes seen at the L4/5 and L1/2 levels as described above.
No abnormal enhancement or enhancing lesions.

NCS/EMG 2/8/2018: NORMAL. Normal tibial and sural nerves. No spontaneous fibs. Patient did not voluntarily activate motor units, but those that were seen due to positioning were normal.

ASSESSMENT:
F44.4 CONVERSION DISORDER W WEAKNESS OR PARALYSIS
F44.6 CONVERSION DISORDER W ANESTHESIA OR SENSORY LOSS
F43.10 POSTTRAUMATIC STRESS DISORDER
M53.3 COCCYX PAIN

PLAN:
-Long discussion with patinet (mother present, but did not participate) about diagnosis of conversion disorder--There is nothing physiologically wrong the your muscles or nerves (or spinal cord/or brain) that prevents them from working, the condition being caused by PTSD
-I explained to patient that I do believe this is a permanent condition. Psychological/psychiatric treatment of your PostTraumatic Stress Disorder ( and/or depression, anxiety).
-strongly encouraged followup with pyschiatry. Patient given phone number of psychiatry to call.

KRISTIN LUECK, M.D.
Department of Neurology
Kaiser Permanente

| KAISER PERMANENTE | ALTON/SAND CANYON MOB 2 U<br>6650 ALTON PARKWAY<br>IRVINE CA 92618-3734<br>SCAL HIM ROI ALMR | Swapna, Arunasree<br>MRN: 000022555728<br>DOB: ▓▓▓▓▓▓ Sex: F<br>Encounter date: 2/8/2018 |
|---|---|---|

**Progress Notes (continued)**

**Lueck, Kristin L (M.D.), M.D. at 2/8/2018 8:53 AM (continued)**
Kaiser Permanente Orange County

80 Minutes of face-to-face time was spent with >50% of the time counseling patient

**Nursing Notes**

**Hebb, Morgan L (L.V.N.), L.V.N. at 2/8/2018 9:56 AM**
Status: Signed

- Flu Immunization Due
- Pap Due
- Tdap Immunization Due
- Update BMI - Take Height AND Weight

Back Office Intake Note

Proactive Care Actions
Proactive Office Encounter Actions: There are no care gaps at this time

Medication changes: reviewed

Allergies: reviewed, no changes

MORGAN L HEBB LVN
2/8/2018 9:56 AM

**Hebb, Morgan L (L.V.N.), L.V.N. at 2/8/2018 10:08 AM**
Status: Signed

Patient stated unable to have pap due to physical condition

**Encounter Messages**
No messages in this encounter

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| CONVERSION DISORDER W WEAKNESS OR PARALYSIS | F44.4 | |
| CONVERSION DISORDER W ANESTHESIA OR SENSORY LOSS | F44.6 | |
| POSTTRAUMATIC STRESS DISORDER | F43.10 | |
| COCCYX PAIN | M53.3 | |

| **KAISER PERMANENTE** | ALTON/SAND CANYON MOB 2 U<br>6650 ALTON PARKWAY<br>IRVINE CA 92618-3734<br>SCAL HIM ROI ALMR | Swapna, Arunasree<br>MRN: 000022555728<br>DOB: ███████, Sex: F<br>Encounter date: 2/8/2018 |
|---|---|---|

**Progress Notes (continued)**

**Khadem-Sameni, Diba (M.D.), M.D. at 2/8/2018 4:11 PM (continued)**

# Nerve Conduction Study (NCS) / Electromyogram (EMG)
## Kaiser Permanente Orange County
## Department of Neurology

Test Date: 2/8/2018

| **Patient:** | Arunasree Swapna | **DOB:** | 9/28/1980 | **Physician:** | DKS |
| **Sex:** | Female | **Height:** | 5' 4" | **Ref Phys:** | Kristin Lueck, MD |
| **ID#:** | 22555728 | | | | |

### History/Reason for Study:
37 year old female, s/p coccyx excision on 12/7/18 due to pain. About one week after surgery she began experiencing severe lower back pain and progressive weakness and numbness in all extremities. She is in severe pain and cannot lay on her back. She stated having no feeling in the limbs and being completely "paralyzed". She has been laid down on her stomach since surgery. NCS/EMG is requested to rule out severe axonal versus demyelinating polyneuropathy.

### Findings:
Note:
- The patient was brought in on a gurney, in a prone position. She could not be placed on her back due to severe pain. Thus, electrodiagnostic testing was limited to evaluation of only the nerves and muscles that were accessible to testing in a prone position.
- The patient claimed not being able to feel me touching her legs, and also being unable to sense any of the electrical stimulations or needle insertions.

Limited Nerve Conduction Studies of Bilateral Lower Extremities:
- Bilateral sural sensory studies: normal.
- Bilateral tibial motor studies: normal.
- Bilateral tibial F-wave responses: normal
- Peroneal sensory and motor studies could not be performed today due to the patient's prone position.

Limited Needle EMG of selected muscles of bilateral lower extremities:
The following muscles were studied using a monopolar EMG needle: bilateral peroneus longus medial gastrocnemius muscles.

- At rest, insertional activity was normal and no abnormal spontaneous activity (including positive sharp waves, fibrillation potentials, fasciculation potentials, cramp potentials or myotonic discharges) was noted

| KAISER PERMANENTE | ALTON/SAND CANYON MOB 2 U<br>6650 ALTON PARKWAY<br>IRVINE CA 92618-3734<br>SCAL HIM ROI ALMR | Swapna, Arunasree<br>MRN: 000022555728<br>DOB: ██████, Sex: F<br>Encounter date: 2/8/2018 |
|---|---|---|

**Nursing Notes (continued)**

**Almanza, Michelle Caroline (L.V.N.), L.V.N. at 2/8/2018 11:25 AM (continued)**

Patient unable to stand for weight

- Flu Immunization Due - PT declined
- Pap Due - PT declined at this time
- Tdap Immunization Due - PT declined
- Update BMI - Take Height AND Weight - Patient unable to stand for weight

**Revision History**

| Date/Time | User | Action |
|---|---|---|
| ≥ 2/8/2018 11:44 AM | Almanza, Michelle Caroline (L.V.N.), L.V.N. | Addend |
| 2/8/2018 11:25 AM | Almanza, Michelle Caroline (L.V.N.), L.V.N. | Sign |

**Encounter Messages**

No messages in this encounter

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| MUSCLE WEAKNESS - Primary | M62.81 | |
| NUMBNESS OF SKIN | R20.2 | |

**Procedures - All Orders and Results**

**EMG, NERVE CONDUCTION STUDY [570472413]**

Electronically signed by: Khadem-Sameni, Diba (M.D.), M.D. on 02/08/18 1719
Ordering user: Khadem-Sameni, Diba (M.D.), M.D. 02/08/18 1719    Authorized by: Khadem-Sameni, Diba (M.D.), M.D.        Status: **Completed**
Ordering mode: Standard
Frequency: Routine 02/08/18 -
Diagnoses
MUSCLE WEAKNESS
NUMBNESS OF SKIN

EMG, NERVE CONDUCTION STUDY [570472413]                                Resulted: 02/08/18 1720, Result status: Final result
Order status: Completed
Narrative:
Khadem-Sameni, Diba (M.D.), M.D.    2/8/2018  5:29 PM

Nerve Conduction Study (NCS) / Electromyogram (EMG)
Kaiser Permanente Orange County
Department of Neurology

Test Date: 2/8/2018

Patient: Arunasree Swapna DOB: 9/28/1980 Physician: DKS
Sex: Female Height: 5' 4"  Ref Phys: Kristin Lueck, MD
ID#: 22555728

History/Reason for Study:
37 year old female, s/p coccyx excision on 12/7/18 due to pain. About one week after surgery she began experiencing severe lower back pain and progressive weakness and numbness in all extremities. She is in severe pain and cannot lay on her back.