1

**Salar Atrizadeh, Esq. (SBN: 255659)**
LAW OFFICES OF SALAR ATRIZADEH

2

9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90212

3

Telephone: 310-694-3034
Facsimile:  310-694-3057

4

Email: salar@atrizadeh.com

5

Attorney for Plaintiff
ARUNASREE SWAPNA

6

7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

8

9

ARUNASREE SWAPNA, an individual,

Case No.: 3:16-cv-05482-JSC

10

Plaintiff,

11

v.

12

**PLAINTIFF'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
PURSUANT TO LOCAL RULES 7-11
AND 79-5, ET SEQ.**

13

UDAY KRISHNA DESHRAJ, an individual,

14

Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULES
7-11 AND 79-5, ET SEQ.**

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

## I.     INTRODUCTION

Plaintiff hereby files this administrative motion ("Administrative Motion") pursuant to Local Rules 7-11 and 79-5 in order to request the sealing of certain privileged, protectable as a trade secret, or otherwise entitled to protection under the applicable laws.

As indicated hereinbelow, part of the evidence that is being filed along with Plaintiff's opposition to Defendant's motion to dismiss and for summary judgment, contains confidential material, including, but not limited to, <u>explicit content</u> that is entitled to protection. [1]

## II.    PLAINTIFF ONLY REQUESTS EXHIBIT "B" TO BE ENTIRELY FILED UNDER SEAL DUE TO THE EXPLICIT NATURE OF ITS CONTENT

Plaintiff only requests Exhibit "B" to be filed under deal due to the explicit nature of its content.  This exhibit contains, *inter alia*, Plaintiff's nude and/or semi-nude photographs (and the hyperlinks thereto) that were allegedly posted by Defendant online.  Also, the exhibit is sealable, and as such, Plaintiff should be allowed to entirely file it under seal.

## III.   THE PARTIES EXECUTED AND FILED A STIPULATED PROTECTIVE ORDER WHICH ALLOWS THEM TO REQUEST TO FILE CERTAIN MATERIAL UNDER SEAL

On or about February 24, 2017, the parties executed and filed a stipulated protective order ("Stipulated Protective Order") which allows them to request to file certain material under seal. [2]  In summary, the purpose of drafting and filing the Stipulated Protective Order was to facilitate the exchange of information and documents that may be subject to confidentiality and privacy laws.

---

[1] See <u>Atrizadeh Decl.</u>, ¶¶ 4-6.
[2] See <u>Dkt. No. 23-1</u>, par. 2.7 and 2.13.

---

**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5, ET SEQ.**

In Paragraph 2.7, the Stipulated Protective Order defines "highly confidential-attorney's eyes only" information or items as extremely sensitive confidential information or items, disclosure of which to another party or non-party would create a substantial risk of serious harm that could not be avoided by less restrictive means.  In Paragraph 2.13, the document defines "protected material" as any disclosure or discovery material that is designated as confidential or highly confidential—attorney's eyes only.   The material that Plaintiff is seeking to seal qualifies as sensitive confidential information that should be protected from disclosure.[3]  Finally, in Paragraph 12.3, the Stipulated Protective Order outlines the procedure for filing protected material and references filing a motion pursuant to Local Rule 79-5, et seq.  In this case, Plaintiff has complied with the local rules and should be permitted to file under seal.

## IV.   **CONCLUSION**

Therefore, based on the foregoing reasons, and supporting documents, Plaintiff hereby requests that this Honorable Court grants this Administrative Motion pursuant to the applicable rules.

Dated:  February 21, 2018             **LAW OFFICES OF SALAR ATRIZADEH**


By:   /s/ Salar Atrizadeh
       SALAR ATRIZADEH, ESQ.
       Attorney for Plaintiff
       ARUNASREE SWAPNA

---

[3] See <u>L.R. 79-5(b)</u>.

3