UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA,<br><br>    Plaintiff,<br><br>  v.<br><br>UDAY KRISHNA DESHRAJ,<br><br>    Defendant. | Case No.16-cv-05482-JSC<br><br>**ORDER RE: EX PARTE AND EMAIL COMMUNICATIONS WITH THE COURT** |

The Court has received an email ex parte communication from Plaintiff. As Plaintiff is represented by counsel, she is prohibited from communicating with the Court directly. Further, as the Court has previously advised Plaintiff, she may not engage in ex parte communications with the Court. The Court will take no action on Plaintiff's ex parte communication, which it has attached to this order and locked to prevent access by anyone other than the parties to this case.

Defendant also improperly emailed the Court and that communication is likewise attached. The Court will take no action on Defendant's email either as all communications with the Court must be electronically filed on the docket.

Both parties are cautioned to review the Local Rules and this Court's Standing Order. If a party wishes to seek relief from this Court's orders or otherwise communicate with the Court, the party must do so by filing a pleading supported by a declaration, as necessary, on the public docket. *See* Civil L.R. 7-1; 7-5.

**IT IS SO ORDERED.**

Dated: March 5, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge