```
 1  UDAY DESHRAJ
    432 NE 57th Ave
 2  Hillsboro, OR 97124
    Telephone (503)548-8329
 3  ukdeshraj@gmail.com
    Pro Se
 4
 5
 6              UNITED STATES DISTRICT COURT
 7              NORTHER DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
 8
    ARUNASREE SWAPNA, an individual,  ) Case No.: 3:16-CV-05482-JSC
 9                                    )
                                      )
10          Plaintiff,                )
                                      ) **DEFENDANTS' MOTION TO SEEK**
11      vs.                           ) **RELIEF FROM COURTS ORDER**
                                      )
12  UDAY KRISHNA DESHRAJ, an individual, )
                                      )
13          Defendants.               )
                                      )
14  _____)
```

In the Court Order (Docket 80) the court ordered the plaintiff to provide 3 dates for deposition before June 1st. As detailed in my declaration (statements 3,4) my wife is pregnant and the baby is due first week of June, due to unpredictability of the delivery date and defendant being the primary care giver for his spouse and our 3 year old son, the defendant respectfully requests the court to have the depositions pushed to early July, 2018. The defendant is requesting this extension only for the dates that require his physical presence in California all other dates can remain as is.

## I. CONCLUSION

For all the foregoing reasons, the defendant respectfully requests that the court to move the deposition dates to July, 2018.

Respectfully submitted,

Date: 03/05/18

Sign Name: *[signature]*

Print Name: Uday Deshraj