UDAY DESHRAJ
432 NE 57th Ave
Hillsboro, OR 97124
Telephone (503)548-8329
ukdeshraj@gmail.com
Pro Se

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARUNASREE SWAPNA, an individual, | ) Case No.: 3:16-CV-05482-JSC |
| Plaintiff, | ) |
| vs. | ) **MOTION TO COMPEL** |
| UDAY KRISHNA DESHRAJ, an individual, | ) |
| Defendants. | ) |

1

Pursuant to local rules, Defendant hereby moves for an order compelling the plaintiff to respond to Discovery based on the following facts:

1. In the Court Order dated 03/02/18 (Docket 80) the Ordered the parties to serve discovery responses outlined in the Courts August 18, 2017 Order(Docket 51)

2. For the reasons listed in Defendants Declaration 8, the court had specifically ordered the plaintiff to file a written statement to clarify the contents of the passport and the dates of her entries and exits

   "To the extent that Plaintiff relies on her passport to establish her entries and exits, she shall include a written statement to help clarify the contents of the passport and the dates of her entries and exits"

3. In the same Order(Docket 51) the Court Ordered the Plaintiff to respond to RFA, set one and supplement responses to Interrogatories one and two

4. The Plaintiff responded to all the Request for admissions with one statement that they are irrelevant and pointed to same passport copy as proof of her residency(Declaration 14, Exhibit A and B)

5. This doesn't meet the specific requirement listed in the Court Order and effectively brings this case back to where we were on August 18, 2017

6. The defendant made an effort to meet and confer to resolve this issue with the plaintiffs' attorney on March 15th(Exhibit C), a phone message was also left with Plaintiff Attorney seeking a responsive reply.

7. No return call was received but the attorney sent an email threatening me with sanctions and questioning my intelligence(Statement 17, Exhibit D)

8. Based on my understanding from passport entries, finance damages report and responses to the Court Order(Docket 51) this is what I can infer about her residency

   a. She visited US for 6 days in 2015(the year the posting happened), 7 days in 2014,

32 days in 2013 and 23 days in 2012

    b. The above days are the days she was in US, she may or may not have spent these days in California. She said she lived with her friends but she doesn't have their contact information

    c. She was employed in India, her spouse lives and works in India, she has her residence in India

    d. She was not a resident of California from 2012-2016 as she declared under oath

9. Since there is already a court order I am not sure if "Motion to Compel" is the appropriate for this. My goal is to prove complete frivolousness of this lawsuit (in terms of residency, photos in question, and my involvement). If they agree with the statements I made above (#8) I would like the court to give every opportunity to the plaintiff and her attorney to explain the statements they made in the declarations, their conduct, wasting of courts time and my time. If they don't agree with the statement above then the provide response as per the courts orders so we can move forward not backwards.

10. As I detailed in my declaration (Statement 18) the behavior of the plaintiffs' attorney has been inappropriate in many ways. His threat of sanctions was made specifically to intimidate me and stall discovery which should be unethical if not illegal. I would like the court to take appropriate action so at a minimum it doesn't repeat itself.

Respectfully submitted,

Date:    03/18/18        Sign Name:

Print Name: Uday Deshraj

3

4