1  UDAY DESHRAJ
   432 NE 57th Ave
2  Hillsboro, OR 97124
   Telephone (503)548-8329
3  ukdeshraj@gmail.com
   Pro Se
4

5

6              UNITED STATES DISTRICT COURT

7              NORTHER DISTRICT OF CALIFORNIA

8                SAN FRANCISCO DIVISION

9  ARUNASREE SWAPNA, an individual,    ) Case No.: 3:16-CV-05482-JSC
                                        )
10          Plaintiff,                  )
                                        ) **DECLARATION OF UDAY DESHRAJ**
11     vs.                              )
                                        )
12 UDAY KRISHNA DESHRAJ, an individual, )
                                        )
13          Defendants.                 )
                                        )
14 _____)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

I, Uday Deshraj declare as follows:

1. I am the defendant in this case(3:16-CV-05482-JSC)
2. I have personal knowledge of all the facts stated in this declaration, and if called to testify, I could and would testify competently thereto.
3. In the Declaration filed (03/21/18) the plaintiff through her attorney is making a "Thinly veiled attempt" to mislead the court by mixing up two completely unrelated concepts – Permanent residency(which ironically she got through my sponsorship) and Residency/Domicile as it pertains to Jurisdiction/Venue for this court case.
4. Permanent residency, informally known as green card, is the immigration status of a person authorizing them to live and work in the US. This pertains to the process of entry into US (a person having green card doesn't need to apply for visa to enter into US). The six months she refers to in her declaration is the minimum requirement imposed by US immigration, if someone is out of the country for more than 6 months the green card "can" be cancelled due to "Abandoning Residency"
5. Permanent residency has nothing to do with California residency. A person can be a permanent resident or even a US citizen for that matter and yet not be a resident of any of the US states.
6. The Plaintiff has stated multiple times under Oath (Most recently Docket 86, 30) that she is a resident of California. "I was domiciled in this jurisdiction and was outside of the state of California for a temporary or transitory purpose"
7. As we can see in her chart(Docket 86, 22) this is her residency status over those years
    a. 2012 – 20 out of 365 days
    b. 2013- 32 out of 365 days(typo in her statement, she states May21-June 18 =48 days)
    c. 2014 – 2 out of 365 days
    d. 2015 – 3 out of 365 days
    e. 2016 – 123 out of 365 days

8. I am not sure how she can use Statement 7 data and come to statement 6 conclusion

9. Based on her data, she arrived in August 31st 2016, stayed at her friends place, filed the lawsuit in September and immediately moved to San Diego. I am not even sure how she can even say that she was a domicile resident of Northern California when she filed the case.

10. The Plaintiff bases her argument of Jurisdiction and Venue on the fact that "She was a California Resident and the conduct was directed towards California resident". We now know she was never a California resident(since 2012) so above statement cannot be true

11. While the Plaintiff can pretend ignorance, this lawsuit was filed by an attorney and the latest statements she made under Oath were filed by her current attorney.

12. I was asking for this information from February of last year, they never provided any clear responses, lied multiple times under oath, tried to suppress evidence and when I made an attempt to seek compliance with the court order, the attorney threatened me and questioned my intellect.

13. This now clearly shines light on the attorneys conduct. Ethically he should have disclosed this information once he was aware of it- he didn't do that. He should have disclosed it when the court ordered him to do so- he didn't do that. He should have disclosed the information when I sent him the "meet and confer" email- he didn't do that, on the contrary, he threatened me so that I get intimidated and keep this under wrap. This is wrong on multiple levels.

14. I am an Engineer at heart and I will prove the frivolousness of this case using an engineer's approach of breaking the problem into smaller problems and proving frivolousness/injustice in each and every part. The first part was residency, second will be the pictures/who posted them, third will be injuries and the fourth will be conduct of the plaintiff, her attorneys and how this court system was used as a defamation/harassment/extortion tool.

15. Since the residency issue is now done and dusted, I will focus on the pictures. I have asked for unredacted versions of the expert testimony and the pictures in question few

weeks back. I haven't received any responses (probably for same reasons as residency). I will make another attempt through "meet and confer" and proceed with another lengthy process to solve a trivial issue

16. In the Court Order (Docket 80) the court the mentioned that we will discuss more about this after the depositions in the case management conference so I am not going to file any motions regarding this at this time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 03/25/2018

Sign Name: *[signature]*

Print Name: Uday Deshraj