1 | **Salar Atrizadeh, Esq. (SBN: 255659)**
LAW OFFICES OF SALAR ATRIZADEH
2 | 9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90212
3 | Telephone: 310-694-3034
Facsimile: 310-694-3057
4 | Email: salar@atrizadeh.com

5 | Attorney for Plaintiff
ARUNASREE SWAPNA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARUNASREE SWAPNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UDAY KRISHNA DESHRAJ, an individual,<br><br>Defendant. | Case No.: 3:16-cv-05482-JSC<br><br>**DECLARATION OF ARUNASREE SWAPNA** |

1

---
**DECLARATION OF ARUNASREE SWAPNA**

# DECLARATION OF ARUNASREE SWAPNA

I, ARUNASREE SWAPNA, declare and aver as follows:

1. I am the plaintiff in this legal action. I am over the age of 18 and the following facts and circumstances are personally known to me, and if called, I would competently testify thereto.

2. I am familiar with and have personal knowledge of all exhibits that are included within this declaration (and related documents previously filed herein) since I personally prepared, reviewed, and submitted them. I hereby authenticate the exhibits that are attached hereto (or were annexed in previously-filed documents) and incorporated by reference herein.

3. I make this supplemental declaration pursuant to the Court's Order under Dkt. No. 98.

4. I traveled to India by using special medical devices (e.g., gurney) and procedures under medical supervision due to my current medical condition. I had to be in the care of an in-house support system completely from December 2017 until April 2018. In view of my deteriorating health, and need of alternative treatment when existing treatment options were worsening my health, I chose to seek medical care in India. I informed my legal, financial, and technical team of this emergency.

5. I traveled to India on or about April 11, 2018 in order to seek alternative medical therapy for my medical condition. I have filed documents with the court wherever applicable and prior to going to India for treatment. I also offered video depositions to expedite the matter before my health deteriorated. So, I respected the court's instructions and offered my presence whenever I could to promote judicial efficiency.

6. I intended to return to the United States on or before July 10, 2018 for my deposition but was unable due to my medical limitations. I am not making up these limitations but providing the medical reasons. I was hoping the court would understand and not delay the resolution providing an alternative resolution given the excruciating circumstances.

2

_____
**DECLARATION OF ARUNASREE SWAPNA**

7. I discovered, based on my response to the medicine and treatment that I would not be able to return for my deposition on or about May 15, 2018, which is when I informed my attorney and this court of my limitations and requested to be deposed by written questions.

8. I am extremely concerned that my attempt to make myself available for the judicial recourse via the route permissible by my health wasn't solicited at an appropriate time and subsequently I am being treated as if I am being difficult by introducing medical limitations in order to escape something during the course of the case.

9. I would appreciate if the court looks at the sequence of my attempts and how horribly my health is deteriorating to stop putting the reasons on me and my health. Honestly, I was hoping for leniency from this court.

10. I am the victim and I would have appreciated if the court understood the criticality and seriousness of the impact to my health as I continue to fight for my dignity.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2018, in Hyderabad, India.

_____
ARUNASREE SWAPNA

**DECLARATION OF ARUNASREE SWAPNA**