**Salar Atrizadeh, Esq. (SBN: 255659)**
LAW OFFICES OF SALAR ATRIZADEH
9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90212
Telephone: 310-694-3034
Facsimile:  310-694-3057
Email: salar@atrizadeh.com

Attorney for Plaintiff
ARUNASREE SWAPNA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UDAY KRISHNA DESHRAJ, an individual,<br><br>Defendant. | Case No.: 3:16-cv-05482-JSC<br><br>**PLAINTIFF'S REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  October 11, 2018<br>Time: 1:30 p.m.<br>Crtm: F – 15th Floor |

1

**TO THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND ALL INTERESTED PARTIES:**

Plaintiff respectfully requests leave to appear telephonically at the upcoming Case Management Conference set for October 11, 2018, at 1:30 p.m. in Courtroom F, of the above-listed United States District Court located at 450 Golden Gate Avenue, San Francisco, CA 94102.

In this case, good cause exists to excuse personal attendance and personal attendance is not needed in order to have an effective conference.  At this time, the depositions of the parties are set for October 9-10, 2018 at the above-listed location. Plaintiff intends to appear in person for her deposition. Plaintiff's counsel will also appear in person at the above-listed dates. However, after the completion of the depositions of the parties, Plaintiff's counsel must return to Los Angeles, California for a half-day mediation set for October 11, 2018 at 9:00 a.m. Plaintiff's counsel will be available telephonically for the conference.  As such, Plaintiff respectfully requests permission to have her legal counsel appear via CourtCall for the Case Management Conference.

Dated: September 12, 2018        **LAW OFFICES OF SALAR ATRIZADEH**

By:   /s/ Salar Atrizadeh
      SALAR ATRIZADEH, ESQ.
      Attorney for Plaintiff
      ARUNASREE SWAPNA