1. UDAY DESHRAJ
2. 432 NE 57th Ave
3. Hillsboro, OR 97124
4. ukdeshraj@gmail.com
5. Pro Se

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARUNASREE SWAPNA, an individual, | Case No.: 3:16-CV-05482-JSC |
| Plaintiff, | **RESPONSE TO MOTION REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY** |
| vs. | |
| UDAY KRISHNA DESHRAJ, an individual, | **Hearing: October 11, 2018**<br>**Time: 1:30 p.m.**<br>**Courtroom: F** |
| Defendants. | |

Under any other circumstance i would have no issues with this kind of request, but in this case the Plaintiff and her Attorney have been misusing the Federal court system and processes to hurl abuses, make false and incendiary statements in the guise of declarations/testimonies and not follow the due process/rules. The Attorney in this case had threatened me, filed motions which have no merit whatsoever(Motion for Summary Judgement), mislead the court by making incorrect statements about her residency and filing testimonies from random people who clearly have no knowledge of the issues in question. He is an Attorney with a law degree who is admitted to practice in this court, it's not that he doesn't know or understand the rules, more recently, he not filing using the local format is because it asks for specific information regarding venue/jurisdiction. Also, these dates were setup months back by the court, if he had a conflict at that time i would like to know why he didn't inform the court of it at that time.

This venue is not my choice, i work a full time and i have a young family, at a minimum, it is inconvenient for me. The plaintiff and her attorney repeatedly don't show up and then accuse me with random allegations like abortions etc as if i setup the court rules and processes. I would like the Attorney to show up and explain to the court how he plans to legally prosecute this case even if it means moving the dates yet again, having said that i am OK with whatever the court decides as long as it is equitable and just.

///
///
///
///

Respectfully Submitted,

DATED: September 25, 2018

By: _____/s/ Uday Deshraj_____

2

RESPONSE Of DEFENDANT UDAY DESHRAJ
Case No.: 3:16-CV-05482-JSC