UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UDAY KRISHNA DESHRAJ,<br><br>　　　　　Defendant. | Case No.16-cv-05482-JSC<br><br>**ORDER RE: DEFENDANT'S MOTION TO COMPEL**<br><br>Re: Dkt. No. 106 |

　　　　The Court is in receipt of Defendant's motion which seeks to compel Plaintiff to produce certain documents at her deposition next Tuesday, October 9, 2018. (Dkt. No. 106.) Defendant has attached a copy of the parties' meet and confer emails regarding Defendant's document request wherein Plaintiff's counsel declines to substantively respond to Defendant's meet and confer because his "emails lack reference to applicable cases or statutes that justify your requests" and advises Defendant—who is pro se—to "conduct research and draft a meet and confer letter that clearly outlines your requests, the issues, and legal support for your position." (Dkt. No. 106-7 at 4.)

　　　　There is no requirement that a party cite legal authority in a meet and confer letter. Defendant has identified the discovery that he believes is relevant, why he needs the discovery, and why he believes Plaintiff has the discovery. Plaintiff's counsel is required under the Court's Standing Order and Civil Local Rule 1-5(n) to meet and confer with him—telephonically or in person—in good faith. Plaintiff's counsel is again reminded of his obligation as a member of the bar admitted to practice in this Court to abide by the standards of professional conduct set forth by the Northern District Local Rules and the State Bar of California. *See* Civ. L.R. 11-4. If Defendant is unable to complete Plaintiff's deposition because Plaintiff unreasonably refused to

produce requested documents or counsel failed to meet and confer in good faith, Plaintiff may be required to return for a second deposition and pay the associated costs incurred by Defendant.

The parties are directed to report to Courtroom F at 9:00 a.m. on October 9, 2018 to be escorted to the Court's jury room for the depositions.

This Order disposes of Docket No. 106.

**IT IS SO ORDERED.**

Dated:  October 5, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge