1  UDAY DESHRAJ
   432 NE 57th Ave
2  Hillsboro, OR 97124
   Telephone (503)548-8329
3  ukdeshraj@gmail.com
   Pro Se
4

5                       UNITED STATES DISTRICT COURT
6
                        NORTHER DISTRICT OF CALIFORNIA
7
                            SAN FRANCISCO DIVISION
8
   ARUNASREE SWAPNA, an individual,    )  Case No.: 3:16-CV-05482-JSC
9                                       )
              Plaintiff,                )
10                                      )  **MOTION TO COMPEL**
                                        )
11       vs.                            )
                                        )
12 UDAY KRISHNA DESHRAJ, an individual, )
                                        )
13            Defendants.               )
                                        )
14 ─────────────────────────────────────

Pursuant to local rules, Defendant hereby moves for an order compelling the plaintiff to respond to Discovery based on the following facts:

1. In the Court Order dated 06/22/18 (Docket 80), the deposition of the Plaintiff was rescheduled to 10/09/2018
2. The Defendant served the "Amended Deposition Notice" (Exhibit A) on September 9th 2018
3. The Plaintiffs Attorney sent "Plaintiffs Objections -2.pdf"(Exhibit B) on October 1st 2018 where they basically said all the information they had is already in the court Dockets and they won't be producing any additional documents
4. In the Court Order dated 10/5/18(Docket 107, Exhibit G) the court ordered the Plaintiff to produce the documents.
5. The Plaintiff did not produce any of the requested documents and showed up with just a medical statement from her healer based in India for her depositions, I didn't ask for that document
6. In the Case Management Conference following the depositions the Court again ordered the Plaintiff to produce the documents and ordered the parties to file a stipulated order based on Model Protective Order(Docket 109) for sharing documents
7. The Plaintiff made modifications to the Order which the court deemed unreasonable(Docket 115) and published the Protective Order(Docket 116) on 11/05/18
8. The Defendant made multiple attempts both through emails and phone calls to request compliance with the Court Orders and obtain the documents from the Plaintiff – Exhibits C-F
9. The Plaintiff has not provided any of the documents requested and moreover filed "Motion for Summary Judgment" on 11/12/18(Docket 118) while the Defendant is still seeking compliance with basic discovery requests regarding this case.

MOTION TO COMPEL (3:15-cv-05120)

10. The Defendants requests were regarding
    a. Allegations made by Plaintiff(in her complaint)
        i. Why its Relevant
            1. The Plaintiff claims that I contacted her family, friends and coworkers regarding the pictures, in Request 15, I am asking for documents support that claim
            2. The Plaintiff claims she was subject to Physical and Emotional abuse, in request 24/25 I am asking for documents that support that claims
            3. The Plaintiff claims that I posted the pictures but won't send me pictures in question. I need them- to first see if they were indeed the pictures we took together and do forensic analysis to find out who posted them, Request 26 was for that
            4. The Plaintiff in her LinkedIn profile (captured immediately after lawsuit was filed) had her running a company called "Stealth mode Internet" where she had a picture of guy peeping behind someone. When my ex-attorney sent a snapshot of that to her ex-attorney it was immediately removed. In request 9, I am asking for documents regarding that company
    b. Injury calculations
        i. Why its Relevant
            1. The Plaintiff started fabricating medical documents related to coccyx injuries right after some motor vehicle accident which she claims was caused by "failed brakes", in her medical documents she clearly makes statements like "The car company has to pay". Opportunistically, she tries to kill two birds with same stone by saying they happened because of me while where were married. In request 10 and 11 I am asking for documents regarding that

      2. In the "Financial Report" which she submitted to the court, she mentions that she had no income starting from 2016, and diminished income starting 2011, yet in other documents she filed with the court she mentions that she is a serial entrepreneur who has a track record of starting multiple successful companies, there is no mention of these companies in "Financial Report" document. In requests 8, 20, 21, 22 I am asking for information regarding that.

  c. Witness Testimonies

      i. Why its Relevant- The plaintiff filed a bunch of testimonies, they fall under 2 categories, her family members (some of them I suspect are responsible for this act) and her friends that i never met before. Document requests 27 and 28 are to find details behind this.

  d. Conduct of Plaintiff and Her Attorney in the case

      i. Why its Relevant – In the declaration (Docket 99) she claims that she traveled to India on Gurney. Her travel will require a minimum of two hops, commercial airlines are not equipped for travel on a gurney, even if the airline allows it they require prior approval. Document request 38 was to prove that she lied yet again to the court

11. **WHEREFORE**, Plaintiff respectfully requests that the Court order Plaintiff to produce forthwith the documents specified herein

Respectfully submitted,

Date:   11/19/18                                     Name: /s/ Uday Deshraj

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION TO COMPEL (3:15-cv-05120)