1  **Salar Atrizadeh, Esq. (SBN: 255659)**
   LAW OFFICES OF SALAR ATRIZADEH
2  9701 Wilshire Blvd., 10th Floor
   Beverly Hills, CA 90212
3  Telephone: 310-694-3034
   Facsimile:  310-694-3057
4  Email: salar@atrizadeh.com

5  Attorney for Plaintiff
   ARUNASREE SWAPNA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UDAY KRISHNA DESHRAJ, an individual,<br><br>Defendant. | Case No.: 3:16-cv-05482-JSC<br><br>**PLAINTIFF'S REQUEST FOR LEAVE TO POSTPONE SETTLEMENT CONFERENCE**<br><br>Trial Date: July 29, 2019<br>Pretrial Conference Date: July 11, 2019 |

**TO THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND ALL INTERESTED PARTIES:**

Plaintiff respectfully requests leave to postpone the settlement conference that is set for December 12, 2018 for the following reasons:

(1) Plaintiff is suffering from post-coccyxdectomy surgery.

(2) Plaintiff is currently out of the country and under the care of a physician.

(3) Plaintiff's treatment is anticipated to continue until the beginning of next year for which she is advised to take rest and not travel for long hours by her physician.

Plaintiff respectfully requests leave to postpone the upcoming settlement conference in order to accommodate her medical condition.

Dated: November 27, 2018  **LAW OFFICES OF SALAR ATRIZADEH**

By: /s/ Salar Atrizadeh
SALAR ATRIZADEH, ESQ.
Attorney for Plaintiff
ARUNASREE SWAPNA