**Salar Atrizadeh, Esq. (SBN: 255659)**
LAW OFFICES OF SALAR ATRIZADEH
9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90212
Telephone: 310-694-3034
Facsimile:  310-694-3057
Email: salar@atrizadeh.com

Attorney for Plaintiff
ARUNASREE SWAPNA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UDAY KRISHNA DESHRAJ, an individual,<br><br>Defendant. | Case No.: 3:16-cv-05482-JSC<br><br>**PLAINTIFF'S REQUEST FOR LEAVE TO POSTPONE SETTLEMENT CONFERENCE**<br><br>Trial Date: July 29, 2019<br>Pretrial Conference Date: July 11, 2019 |

1  **TO THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT**
2  **OF CALIFORNIA, AND ALL INTERESTED PARTIES:**

Plaintiff respectfully requests leave to postpone the settlement conference that is set for December 12, 2018 for the following reasons:

(1) Plaintiff is suffering from post-coccyxdectomy surgery.

(2) Plaintiff is currently out of the country and under the care of a physician.

(3) Plaintiff's treatment is anticipated to continue until the beginning of next year for which she is advised to take rest and not travel for long hours by her physician.

Plaintiff respectfully requests leave to postpone the upcoming settlement conference in order to accommodate her medical condition.

Dated:  November 27, 2018            **LAW OFFICES OF SALAR ATRIZADEH**


By:    /s/ Salar Atrizadeh
       SALAR ATRIZADEH, ESQ.
       Attorney for Plaintiff
       ARUNASREE SWAPNA

Dated: November 29, 2018



DENIED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley

2

**PLAINTIFF'S REQUEST FOR LEAVE TO POSTPONE SETTLEMENT CONFERENCE**