AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ **District of** _____California_____

| | |
|---|---|
| Arunasree Swapna | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| Plaintiff (s), | |
| V. | |
| Uday Krishna Deshraj | |
| Defendant (s), | **CASE NUMBER:** 3:16-cv-05482-JSC |

Notice is hereby given that, subject to approval by the court, __Plaintiff_____ substitutes
                                                                    (Party (s) Name)

__Arunasree Swapna_____ , State Bar No. __n/a_____ as counsel of record in
                (Name of New Attorney)

place of __Salar Atrizadeh, Esq._____.
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Arunasree Swapna

Address:        360 Portico Aisle - Irvine, CA 92606

Telephone:      (669) 342-8043            Facsimile  (669) 342-8043

E-Mail (Optional):   arunasree.swapna@finaljusticenow.com

I consent to the above substitution.

Date:    December 5, 2018
                                                _____Swapna_____
                                                (Signature of Party (s))

I consent to being substituted.

Date:    December 5, 2018
                                                Salar Atrizadeh, Esq.
                                                /s/ Salar Atrizadeh
                                                (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    December 5, 2018
                                                _____Swapna_____
                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    _____          _____
                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]