UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA,<br><br>        Plaintiff,<br><br>    v.<br><br>UDAY KRISHNA DESHRAJ,<br><br>        Defendant. | Case No. 16-cv-05482-JSC (TSH)<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE AND REQUIRING PLAINTIFF TO APPEAR** |

    This is the third time Plaintiff has failed to attend a Court-ordered settlement conference in this action. The first time was October 25, 2017. Magistrate Judge Maria-Elena James issued an order scheduling that settlement conference. It stated: "Required Attendance: Lead trial counsel shall appear at the Settlement Conference *with the parties*." ECF No. 52 (italics added). Notwithstanding that order, Plaintiff informed the Court in her settlement conference statement that she would not attend. ECF No. 63. The Court then continued the settlement conference to February 6, 2018, stating: "Plaintiff is **ORDERED** by the Court to appear for the Settlement Conference on February 6, 2018. She will **not be excused**." *Id*. (emphasis original).

    That didn't work either. "There was no appearance by Plaintiff. This is [the] second time Plaintiff has not appeared at a scheduled Settlement Conference before Judge James." ECF No. 65. Defendant did appear, however, as did attorney Salar Atrizadeh, who claimed to be specially appearing on behalf of Plaintiff although he had not entered an appearance or been retained. *Id*. The Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute. ECF No. 66.

    Following Judge James's retirement, Judge Corley referred this matter to the undersigned for a further settlement conference. ECF No. 109. The Court issued an order scheduling a further

settlement conference for December 12, 2018.  ECF No. 117.  It stated:  "**ALL parties must appear in person, no one will be excused**."  *Id*. (emphasis original).  On November 28, 2018, Plaintiff moved to postpone the settlement conference, which Judge Corley denied.  ECF Nos. 121, 122.  The day before the settlement conference, Mr. Atrizadeh informed the undersigned's courtroom deputy that once again Plaintiff would not attend the settlement conference.

And indeed she didn't.  Mr. Atrizadeh and Defendant attended, in fact flew in from Southern California and Oregon, respectively.  But without Plaintiff present nothing could happen.

The Court will give Plaintiff one last chance.  She must understand that having filed a lawsuit in a U.S. court, she is obligated to make certain court appearances here.  Attending a settlement conference is a normal and mandatory part of prosecuting a case.  The settlement conference in this action is therefore rescheduled to **December 21, 2018 at 10:00 a.m.** in Courtroom A.  **Plaintiff is ordered to attend.**  If she does not attend, the Court may issue an order to show cause why this case should not be dismissed.

Defendant and Mr. Atrizadeh have traveled here on two occasions to attend settlement conferences.  Both trips were a waste of time and money because Plaintiff did not attend.  To avoid inflicting a further waste of time and money on them, Defendant and Mr. Atrizadeh may attend the December 21 settlement conference by telephone.  The courtroom deputy will provide them with dial-in information.  Appearing by telephone is not an option for Plaintiff, who has never showed up for any of the Court-ordered settlement conferences.

**IT IS SO ORDERED.**

Dated: December 12, 2018

_____
THOMAS S. HIXSON
United States Magistrate Judge