Uday Deshraj

503-548-8329

ukdeshraj@gmail.com

December 16th, 2019

**Via E-Filing**

Magistrate Judge Jacqueline Scott Corley

San Francisco Courthouse, Courtroom F -15th Floor

450 Golden Gate Avenue

San Francisco, CA 94102

**Re: Swapna vs Deshraj Case No. 3:16-cv-05482-JSC**

Dear Honorable Judge Corley,

    I am the Defendant in this matter. I hereby submit this request to appear telephonically at the 'Motion to Compel' hearing set for Thursday, December 20th, 2018 at 9:00 am. I am located in Hillsboro, Oregon.

    Pursuant to the Court's Standing orders, "Parties seeking to appear telephonically at a hearing or case management conference must submit a written request to do so at least three days before the scheduled hearing". The Defendant respectfully requests that the court treat this request as timely and grant the Defendants request to appear telephonically at the December 20th, 2018 hearing.

    Good cause exists for the following appearance. Both the Defendant and his ex-attorney had to either cancel their plans in the last minute or have the opposing party not show up in the court ordered mandatory meetings. More recently the Plaintiff did not show up for the settlement conference on December 12th, 2018, which incidentally was the date chosen by her and I had to make significant adjustments to my schedule to agree to that date. I work full time and have a young family and my time is very limited. In order to conserve time and expense, I request to appear telephonically at the hearing on December 20th, 2019

Respectfully submitted

/s/ Uday Deshraj