UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UDAY KRISHNA DESHRAJ,<br><br>　　　　　Defendant. | Case No.16-cv-05482-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF** |

Plaintiff Arunasree Swapna filed this action alleging state law privacy and tort claims against her ex-husband Defendant Uday Krishna Deshraj in September 2016. (Dkt. No. 1.) Throughout the course of this litigation, the Court has issued numerous orders regarding Plaintiff's failure to comply with Court orders, failure to appear for mandatory settlement conferences, and failure to prosecute this action. (Dkt. Nos. 66, 80, 85, 93, 98.) Most recently, Plaintiff was ordered to appear in person for a settlement conference with Judge Hixson on December 12, 2018. (Dkt. Nos. 109, 117.) The Court denied Plaintiff's subsequent request to postpone the settlement conference. (Dkt. No. 122.) And a week later, denied her notice of substitution of herself appearing pro se for her counsel Salar Atrizadeh. (Dkt. No. 125.) On December 12, 2018, Plaintiff's counsel and Defendant appeared in person for the settlement conference, but Plaintiff did not. (Dkt. No. 127.) Judge Hixson thereafter ordered a further settlement conference for December 21, 2018 and required Plaintiff to appear in person (Plaintiff's counsel and Defendant were permitted to appear telephonically). (*Id.*) Plaintiff again failed to appear for the settlement conference. (Dkt. No. 132; 133.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute given her failure appear in person for her Settlement Conferences despite Court Orders that she do so and why she should not otherwise be sanctioned for failure to

appear at the mandatory Settlement Conferences.  *See* Fed. R. Civ. Pro. 41(b). Plaintiff shall show cause in writing on or before January 11, 2019.

Defendant shall submit a statement detailing his expenses, if any, based on appearing for the Settlement Conference on December 12, 2018. Defendant shall submit such a statement on or before January 11, 2019.

If Plaintiff fails to respond to this Order, this action may be dismissed without further notice and she may be ordered to pay Defendant's costs related to the December 12, 2018 Settlement Conference.

**IT IS SO ORDERED.**

Dated: December 21, 2018

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge