**Salar Atrizadeh, Esq. (SBN: 255659)**
LAW OFFICES OF SALAR ATRIZADEH
9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90212
Telephone: 310-694-3034
Facsimile: 310-694-3057
Email: salar@atrizadeh.com

Attorney for Plaintiff
ARUNASREE SWAPNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UDAY KRISHNA DESHRAJ, an individual,<br><br>Defendant. | Case No.: 3:16-cv-05482-JSC<br><br>DECLARATION OF ARUNASREE SWAPNA |

1

## DECLARATION OF ARUNASREE SWAPNA

I, ARUNASREE SWAPNA, declare and aver as follows:

1. I am the plaintiff in this legal action. I am over the age of 18 and the following facts and circumstances are personally known to me, and if called, I would competently testify thereto.

2. I am familiar with and have personal knowledge of all exhibits that are included within this declaration since I personally submitted them. I hereby authenticate the exhibits that are attached hereto and incorporated by reference herein.

3. I make this declaration as a Supplemental Response from me to request the court to allow the Motion to Compel the Defendant to Pay me the Compensation as determined by the court and Impose Civil and Criminal Penalties for taking the court processes for granted/misusing them(Immediately Without Any Further Delay) . The defendant is on purpose making use of the fact that I have faced immense health impact(Impact to my pregnancy in June 2017, Impact of Paraplegia from Dec 2017-July 2017 and Worsening Health Impact via Skin Problems, Breathing Problems and Bone/Muscle Problems after health recovery period). He will neither have the humility to pay up voluntarily to settle the matter(as he has shown utter disregard by declining to pay for the cleanup costs of the internet name-image pollution caused and multiplied due to his actions, pay me the attorney fees and the monetary loss which caused Physical Sickness). He has declined to give me rights to pursue and penalize remaining offenders and hasn't been willing to settle and puts it on my non-appearances. He will opt for the most prolonged trial(which will favor him, as seen from the beginning of this case where he has dodged all interrogatories and the deposition questions citing burden to explain his action, privacy and answered

questions to my utmost dissatisfaction not explaining how could the pictures leak, proliferate and multiply without any act of vengeance by him). He and his parents not just made us incur an exorbitant wedding cost all by ourself not sharing or giving us back our money(and keeping all the 30Tolas of Gold and 5Kgs of Silver to themselves citing security reasons and infeasibility to take it to US and never gave it back us). He shamelessly makes allegations I took money from him to the order of 15kUSD-20kUSD, he took over some of my loans(which is totally untrue and I have already provided all my records to the jury at the time of divorce to the defendant rubbishing his allegations). He thinks all that I earned during that wedding is his money, any small gifts given by me from my salary to my people is his money while he surprisingly shows no responsibility to own up the loans, and costs incurred during that time and shamelessly went and purchased land from his money while I was paying the loans of that hopeless, useless marriage.

4. The defendant will shamelessly count how many times I didn't make an appearance, (which is optional if I have an attorney) and will go and take special permissions from court to mandate my appearance knowing very well that my health wrecked due to his harassment will not permit so much physical movement. He applies and implements a rules for himself and another rule to me about phone appearances. <u>I Object Vehmently how He Being a Sexual and an Internet Harasser is able to depose me uselessly without even asking any pertinent questions and how does he expect me to be nice to him and how can he get away with compelling me to provide data to an Internet Harasser who spins and harvests and twists and turns data to bring down my identity</u>. I have already provided the evidences of how he has lied during depositions and all the documents have been posted to the docket. What qualification does the defendant have to demand and recieve this special

3

---

**DECLARATION OF ARUNASREE SWAPNA**

treatment such as mandating my appearance, while himself elect to appear by phone(which he didn't allow me in June 2017 which resulted in the miscarriage during my current marraige). <u>Its the Failure of the System if any more accomodations are being provided to him to succumb and cater to his demands and Not Mandate Appearance of the Defendant at any court related process</u>). He shamelessly puts the Internet Harassment back on me, showing some picture in my linkedin profile(clearly showing that he constantly snoops and stalks on me online with pseudo-identity), claiming since I put a picture fighting cybercrime, I myself proliferated this filthy internet attack. I wish to educate the defendant that he hasn't made use of my attempt to reform him by "let him go" after Divorce 2010, and if I were money-minded and using him to mint money I would have sued him for a hefty alimony I could have very well done this at divorce time. If I had character-issues and had another person in my life, I wouldn't give him time to come to terms I would never come to him after September 2007 and it took me five years to detox myself of the harassment experience to move-on with my life until I found a person whom I could welcome in my life in Dec 2012. <u>The defendant was and is extremely jealous of my Career Growth</u> and <u>has done this attack hiding his identity to get to me, which he was otherwise unable to get to</u>. The defendant put baseless allegations on my character, hacked my email and got access to my contact-list and forwarded whatever fiction came to his mind and sent to many people in my contact-list, maligning my image, and as a matter of irony went a took a restraining order on my name and proudly brings it up everytime post-divorce making me seem the abuser., He never showed any evidence of my hacking/abuse(but claimed he has many people who don't wish to be named) and used a very childish and utterly unprofessional excuse to put a false allegation yet again. Knowing his poor and

ethicless upbringing by his parents(and me having faced the brunt of the abuse of my ex-in-laws), I was advised to "let it go" after Separation/Mental Divorce in September 2007 and Formal Divorce in Sep 2010 and forget and move-on so he will diverted his energies elsewhere and stop bothering me. He couldn't secure employment in the companies that offered me employment and anyday inferior to me in every aspect that needs thinking and applied knowledge, He is very well capable of cooking fiction and spreading mindless theories and least did I know his dangerous addiction of porn and persistant revenge on me will destroy my Career and will eventually cripple my Health. He doesn't apply the same rules of ethics and scrutiny to himself.

5. Since the beginning of this case the defendant has taken the responsibility of bringing down my Residency and I wish to clarify that due to his harassment and after-effects of it I had to fall-back on my support system in India to cool-it-off and get peace from the impact to Health and Career, while legally maintaining my Permanent Residency and fulfilling all criterion of Citizenship, including sponsoring and securing the Permanent Residency Applications of my Family Members: My Spouse Mr. Naren Ramakrishnan. I have been offically on a year-long medical break and if the culmination of this case doesn't happen with results, this will further impact my health and the ripple effect continues. I am covered by ACA during this period and by virtue of this, I wish the evidences put forth to the jury(he already has access to them via past divorce) not be provided to the defendant as he doesn't have the ability to compartmentalize to maintain the ethics of data, and will again cook up some more fiction around some real-world occurenaces. I have faced enough and more after-effects of his revenge via internet-harassment and I don't wish to take anymore burden of his bankruptcies and effect of Career and Finances and Health that I faced since

2010 that has been presented to the court and I humbly request the court to make him take the Onus of Paying me by Compelling him, Make him Pay the enormous attorney costs and clean-up costs I had to incur and Give me the Rights to the pictures so I can pursue and penalize the remaining offenders. I however need this case to end with results of Compensation for Physical Sickness(add attorney and clean-up costs), Civil and Criminal Penalties on him for causing Sexual and Internet Harassment and Give me the ability to pursue and penalize remaining offenders, within the scope now as I haven't been paid since the beginning of this case and since this has affected my Health Beyond and Comprehensible Limit, I need to Excercise my Women's Rights to get this action in my favor, ASAP and not delay this any further.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on December 28th, 2018, in Los Angeles, California.

*Swapna*
_____
ARUNASREE SWAPNA

**DECLARATION OF ARUNASREE SWAPNA**