UDAY DESHRAJ
432 NE 57th Ave
Hillsboro, OR 97124
Telephone (503)548-8329
ukdeshraj@gmail.com
Pro Se

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARUNASREE SWAPNA, an individual, | ) Case No.: 3:16-CV-05482-JSC |
|---|---|
| Plaintiff, | ) |
|  | ) **UDAY DESHRAJ DECLARATION IN** |
| vs. | ) **RESPONSE TO COURT ORDER** |
|  | ) |
| UDAY KRISHNA DESHRAJ, an individual, | ) |
|  | ) |
| Defendants. | ) |

I, Uday Deshraj declare as follows:

1. I am the defendant in this case(3:16-CV-05482-JSC)

2. I have personal knowledge of all the facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. Pursuant to the Court Order dated December 21st, 2018 defendant submits this statement of expenses.

4. The expenses related to the travel amount to **$364.88** with break down as below
    a. Airfare - $280
    b. PDX Airport Parking - $27
    c. BART SFO-Court - $21.30
    d. Meals - $36.58

5. For this settlement conference I was out from 4am -10.30pm on that day and spent a minimum of 10 hours in preparing statements and exhibits for this conference. I work full

time and I have a family to take care of. It's not fair on me, especially considering the repeated violations by the Plaintiff

6. I would like the court to award whatever penalty it deems fair with the intention of both compensating me for harm and deterring the Plaintiff from further violations

7. Also, The Fact discovery deadlines in this case are set for February 15th. My plan was to get all the documents from the Plaintiff and deposition her witnesses (who are all across the world – India, Dubai, Australia, Germany, US) based on that information. The Plaintiff has not provided ANY documents despite multiple court orders so I am in a situation where my time is running out and I am getting penalized for her conduct. Considering this, I would respectfully request the court to freeze the court dates until the Plaintiff responds to outstanding discovery court orders

8. The Court should also notice how the Plaintiff not only did not respond to show cause notice, she used this as yet another opportunity to slander me and my family with baseless allegations.

9. This is the exact same behavior she displayed in her deposition, she not only did not provide ANY of the documents I requested, she responded to simple questions with canned statements which have nothing to do with the question being asked. The court can contrast her responses with my responses in my deposition. It clearly shows how a person telling the truth answers a question verses someone who is making up random stories.

10. While I am not going to respond to each of her random allegations as I have already provided proof on how she defrauded the court in virtually each and every aspect of this case, including but not limited to - images, medical issues, residency, financial impacts, postings, in my response to her Motion for Summary Judgement. I would like to point to new allegation that I am stopping her from pursuing "remaining offenders"

11. From the data collected from her ex-attorney and her expert witness, while there are some anonymous posting, there are many posts from people from in and around the place she resides in India, some with even names attached to them, why didn't she pursue these people?, when did I stop her?, how can I stop her? and why would I stop her?

2
_____
DECLARATION OF UDAY DESHRAJ (3:15-cv-05120)

1
2 I declare under penalty of perjury under the laws of the United States that the foregoing is true
3 and correct.
4
5 Date: 12/31/2018

Sign Name:/s/Uday Deshraj

Print Name: Uday Deshraj