UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA,<br>            Plaintiff,<br>    v.<br>UDAY KRISHNA DESHRAJ,<br>            Defendant. | Case No. 16-cv-05482-JSC<br><br>**JUDGMENT** |

Having dismissed this action with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's Orders, the Court enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 16, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge