UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNASREE SWAPNA,<br><br>        Plaintiff,<br><br>    v.<br><br>UDAY KRISHNA DESHRAJ,<br><br>        Defendant. | Case No.16-cv-05482-JSC<br><br>**ORDER RE: PLAINTIFF'S COMMUNICATIONS WITH THE COURT** |

It has come to the Court's attention that Plaintiff, who is represented by counsel, has been emailing the Courtroom Deputy. Counsel shall advise his client that she cannot communicate directly with the Court and may only communicate through counsel by filing something on the public docket. The Court will take no action regarding Plaintiff's improper communications.

**IT IS SO ORDERED.**

Dated: February 19, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge